Willis Arthur Lane, Appellant, v. Charles F. Stoneham, Doing Business under the Firm Name of O. F. Jonasson & Co., ·Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Liebmann, as Sole Surviving Executor, etc., v. Henry L. Liebmann, Impleaded with Others.— Motion denied.

George C. Rankin, as Receiver, v. John J. Bush and Others.— Motion denied upon payment of ten dollars costs and on condition that defendants have their appeal ready for argument at the December term.

John H. Hurley v. George M. Smith, as Receiver.— Motion to dismiss appeal granted, with ten dollars costs.

Mary E. Maurer v. Samuel Friedman and Others.— Motion denied, with ten dollars costs.

James F. Dorr v. John W. Lambert.— Motion to dismiss appeal granted, with ten dollars costs.

William Gribben v. Alter Geller and Others. Edwin H. Hess and Others v. Builders Construction Company. Long Island Security Company v. Hanover Fire Insurance Company. Bibas and Eisenstaedt v. B. Clifford Kline. Bernard Goldberg and Others v. Leon Goodman.— Applications for leave to appeal from Appellate Term in each case denied, with ten dollars costs.

William B. Bottome v. James R. Neely and Others.— Application granted upon plaintiff's filing stipulation that upon affirmance judgment absolute shall be rendered against him.

Louis F. Haffen v. Arthur G. Bedell.— Motion granted without costs. Settle order on notice.

The Union Surety and Guaranty Company v. The Greater New York Amusement Company and Others.— Motion granted on condition that appellant have its appeal ready for argument at the December term. Settle order on notice.

In the Matter of Change of Grade Damage Commission (In the Matter of James J. Devine).— Motion granted. Settle order on notice.

In the Matter of Alexander E. Orr and Others.— Application granted.

In the Matter of Proving an Instrument Alleged to be the Last Will and Testament of Jeanette Bishop, Deceased. Arthur Bishop, Appellant; Kate Davis, Executrix, etc., of Jeanette Bishop, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emanuel Arnstein and Others, Respondents, v. Max Bernstein and Others, Defendants, Impleaded with Moses I. Siegel and Philip Siegel, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Louis P. Rupp and Others, as Executors and Trustees under the Will of Adolph Rupp, Deceased, Appellants, for an Order Revoking and Canceling Liquor Tax Certificate No. 5,803, Issued to Cornelius D. Curnen, Respondent, for Premises 433 Ninth Avenue.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Clarke, JJ., dissenting.)